230

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES WILSON, Defendant-Appellant.

(No. 71-166; 

Fifth District—October 31, 1972.

Opinion by Mr. JUSTICE EBERSPACHER.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

Peyton Berbling, State's Attorney, of Cairo, for the People.